02-11-330-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00330-CV

 

 


 
 
 MICHAEL
 EDWARDS
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 TEXANS CREDIT UNION
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

FROM county
court at law no. 2 OF denton COUNTY

------------

MEMORANDUM
OPINION[1]

----------

Appellant
Michael Edwards appears to attempt to appeal from the trial court’s order
holding him in contempt.  In a letter dated September 8, 2011, we notified
Appellant of our concern that we lack jurisdiction over this appeal because contempt
orders are not appealable.[2]  We stated that unless
Appellant or any party desiring to continue the appeal filed a response showing
grounds for continuing the appeal on or before September 19, 2011, the appeal
could be dismissed for want of jurisdiction.[3]
 We did not receive a response.

Accordingly,
we dismiss this appeal for want of jurisdiction.[4]

 

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.

DELIVERED:  November 3, 2011









[1]See Tex. R. App. P. 47.4.





[2]See Cadle Co. v.
Lobingier, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied).





[3]See Tex. R. App. P.
42.3(a), 44.3.





[4]See Tex. R. App. P.
42.3(a), 43.2(f).